No. 2013-1521

_____

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

WALKER DIGITAL, LLC,

                                                        Plaintiff-Appellant,

v.

AMAZON.COM, INC.,

                                                        Defendant-Appellee.

_____

Appeal from the United States District Court for the District of Delaware
Case No. 12-140-SLR, Judge Sue L. Robinson

_____

**PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S
NOTICE OF MOTION AND ORDER IN THE DISTRICT COURT**

_____

Dated: October 31, 2013                RUSS AUGUST & KABAT

                                                        Marc A. Fenster
                                                        Benjamin T. Wang
                                                        12424 Wilshire Boulevard, 12th Floor
                                                        Los Angeles, California 90025
                                                        (310) 826-7474
                                                        mfenster@raklaw.com
                                                         bwang@raklaw.com

                                                        *Attorneys for Plaintiff-Appellant*
                                                        *Walker Digital, LLC*

# PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S
# NOTICE OF ORDER ON MOTION IN THE DISTRICT COURT

On October 18, 2013, Plaintiff-Appellant Walker Digital, LLC notified the Court that the district court issued an Order on Defendant-Appellee Amazon.com, Inc.'s Motion for Attorneys' Fees and Dismissal with Prejudice. (Doc. 27.) On October 23, 2013, Defendant-Appellee filed a Motion for Clarification of the district court's Order on the Motion for Attorneys' Fees and Dismissal with Prejudice, (Case No. 1:12-cv-140-SLR, Doc. 136), which is attached as Exhibit A. On October 25, 2013, the district court issued an order on Defendant-Appellee's Motion for Clarification, (Case No. 1:12-cv-140-SLR, Doc. 137), which is attached as Exhibit B.

Dated: October 31, 2013                RUSS AUGUST & KABAT

*/s/ Benjamin T. Wang*
Marc A. Fenster
Benjamin T. Wang
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
(310) 826-7474
mfenster@raklaw.com
bwang@raklaw.com

*Attorneys for Plaintiff-Appellant*
*Walker Digital, LLC*

# CERTIFICATE OF SERVICE

I certify that on October 31, 2013, the foregoing document, **PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S NOTICE MOTION AND ORDER IN THE DISTRICT COURT**, was served on all parties or their counsel of record via the Court's CM/ECF system at the email addresses listed below:

Jeffrey S. Love
jeffrey.love@klarquist.com

Klaus H. Hamm
klaus.hamm@klarquist.com

Kristen L. Reichenbach
kristen.reichenbach@klarquist.com

Garth A. Winn
garth.winn@klarquist.com

KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204

*Counsel for Defendant-Appellee
Amazon.com, Inc.*

                                              */s/ Benjamin T. Wang*
                                                Benjamin T. Wang