NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**EXPEDIA, INC.,**
*Defendant-Appellee,*

AND

**AMAZON.COM, INC.,**
*Defendant-Appellee,*

AND

**AMERICAN AIRLINES, INC.,**
*Defendant-Appellee,*

AND

**ZAPPOS.COM, INC.,**
*Defendant-Appellee.*

---

2013-1520

---

Appeal from the United States District Court for the District of Delaware in No. 11-CV-0313, Judge Sue L. Robinson.

-------------------------------------------------------------------

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**AMAZON.COM, INC.,**
*Defendant-Appellee.*

―――――――――――――――

2013-1521

―――――――――――――――

Appeal from the United States District Court for the District of Delaware in No. 12-CV-0140, Judge Sue L. Robinson.

----------------------------------------------------------------------

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**BARNES & NOBLE, INC.,**
*Defendant-Appellee.*

―――――――――――――――

2013-1522

―――――――――――――――

Appeal from the United States District Court for the District of Delaware in No. 12-CV-0141, Judge Sue L. Robinson.

----------------------------------------------------------------------

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**EXPEDIA, INC.,**
*Defendant-Appellee.*

---

2013-1523

---

Appeal from the United States District Court for District of Delaware in No. 12-CV-0142 United States District Judge Sue L. Robinson.

---

Before RADER, *Chief Judge*.

# ORDER

The court considers whether the above-captioned appeals should be treated as consolidated for purposes of briefing.

Each of the appeals challenges the district court's order granting the appellees' motions to dismiss for lack of standing.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The above-captioned appeals are treated as consolidated for briefing purposes. The cover for the briefs should include all four captions, and the appellant's opening and reply brief should be filed in the lead case, 2013-1520. The appellees should file their briefs in their respective appeals (except that, if the appellees file a combined brief, which is encouraged, the appellees should file that combined brief in the lead case).

(2) Walker Digital's opening brief addressing all 4 appeals is due no later than 30 days from the date of this order. The appellees should calculate their brief due date from the date of Walker Digital's opening brief. Walker Digital should calculate the due date for its reply brief, addressing all 4 appeals, from the last date of filing of the appellees' briefs.

(3) The appeals will be heard by the same merits panel. A copy of this order shall be transmitted to the merits panel assigned to hear the appeals.

                                      FOR THE COURT

                                      /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk of Court

s25